UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHIMON ROSENBERG et al.,

                Plaintiff,                    1:10-cv-05381

    -against-

LASHKAR-E-TAIBA et al.,

                Defendants.

---

KIA SCHERR, Individually, and as Personal Representative of the Estates of Naomi Scherr and Alan Scherr,

                                      1:10-cv-05382

                Plaintiff,                **STIPULATION TO EXTEND TIME TO ANSWER OR MOVE**

    -against-

LASHKAR-E-TAIBA et al.,

                Defendants.

---

EMUNAH CHROMAN, Individually, and as Personal Representative of the Estate of Ben Zion Chroman,

                Plaintiff,                    1:10-cv-05448

    -against-

LASHKAR-E-TAIBA et al.,

                Defendants.

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for Plaintiff and for Defendants Inter-Services Intelligence Directorate of The Islamic Republic Of Pakistan, Ahmed Shuja Pasha and Nadeem Taj that the time for these defendants to answer, move or otherwise respond to the Complaint, in each of the above actions, be adjourned

NYC:0101960/00002:96379v4

from the previous date of April 21, 2011 to May 6, 2011. One previous extension of time has been sought. This Stipulation may be executed in counterparts, and a signature transmitted electronically or by facsimile may be filed as an original.

Dated: New York, New York
      April 13, 2011

LOCKE LORD BISSELL & LIDDELL LLP

By: _____
Kevin J. Walsh
3 World Financial Center
New York, NY 10281-2101
Tel No.: (212) 415-8600
Fax No.:(212) 303-2754
*Counsel for Defendants*
*Inter-Services Intelligence Of The Islamic*
*Republic Of Pakistan, Ahmed Shuja Pasha*
*and Nadeem Taj*

KREINDLER & KREINDLER

By: _____
James P. Kreindler
750 Third Avenue
New York, New York 10017-5590
Tel No.: (212) 687-8181
Fax No.: (212) 972-9432

-- and --

THE SILVERMAN LAW FIRM
16 Squadron Boulevard
New City, NY 10956
*Counsel for Plaintiff*

SO ORDERED:

_____
U.S.M.J.
4/14/11